AUSA Jason A. Julien (312) 886-4156

**FILED**
DEC 30 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASEZAM RAHMAN | Case No. **19 CR 963**<br>JEFFREY CUMMINGS<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, MARK FOWELL, personally appearing before United States Magistrate Judge JEFFREY CUMMINGS and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ASEZAM RAHMAN has been charged with a violation of an order of the court in the District of Nevada.

A copy of the arrest warrant is attached.

_____
MARK FOWELL
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 30th day of December, 2019.

_____
JEFFREY CUMMINGS
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

9846734

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4026530/N10 |
| ASEZAM RAHMAN | ) | | |
| Defendant | ) | | |

RECEIVED 2015 JUN 12 PM 2 3[?] UNITED STATES MARSHAL DISTRICT OF NEVADA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ASEZAM RAHMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ✔ Order of the Court

This offense is briefly described as follows:

Failure to Appear for Initial Appearance on 03/31/15 and 06/02/15.

**Collateral in the Amount of $225.00 may be Paid in Full in Lieu of Appearance.**

Date: Jun 11, 2015

*Issuing officer's signature*

City and state: Las Vegas, Nevada

GEORGE FOLEY, JR., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MINUTES OF PROCEEDINGS |
| Plaintiff, ) | |
| ) | Citation: <u>4026530/N10</u> |
| vs. ) | |
| ) | Date: <u>June 2, 2015</u> |
| ASEZAM RAHMAN, ) | |
| ) | |
| Defendant. ) | |

The Honorable <u>GEORGE FOLEY, JR.</u>, United States Magistrate Judge

DEPUTY CLERK: <u>E. Garcia</u>

UNITED STATES ATTORNEY: <u>Officer Haas</u>

DEFENSE COUNSEL: <u>N/A</u>

INTERPRETER: <u>N/A</u>

TIME: <u>9:14-9:21a.m./10:03-10:05a.m.</u>

PROCEEDINGS: **INITIAL APPEARANCE**

Defendant is not present. For the reasons stated on the record, government's counsel requests a warrant be issued. It is so ordered that warrant be issued for failure to appear.

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on February 2nd, 2015 while exercising my duties as a law enforcement officer in the District of Nevada.

On February 2nd 2015 at approximately 4:50 PM, I, Officer M. Findley while on duty as marked patrol unit H11 at the Hoover Dam observed a Blue Volkswagen Jetta traveling at a high rate of speed south on Nevada SR172 from the 0.9mm. Based on my training and experience, I visually estimated this vehicle to be traveling at 45mph in a 25mph zone on flat dry asphalt. My stationary Falcon HR Radar unit (Ser#FH02020) had a steady readout of 43mph for this target vehicle which was consistent with my unit Doppler pitch and clarity for this speed. I made contact with the driver (Identified by IL DL# R55000079327 as Asezam RAHMAN at the 0.7 mm. I advised RAHMAM the reason for the stop was speeding. RAHMAN received a citation (4026530) for speeding 10-19 over. This radar was tested with a K band 35mph tuning fork (44103) 65mph (40078) prior to and after this traffic stop and found to be functioning correctly. RAHMAN has a non-extraditable warrant for speeding in New Mexico

The foregoing statement is based upon:
[X] my personal observation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)
[ ] my personal investigation

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/2/2015   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

---

**United States District Court**
**Violation Notice**

Violation Number: 4026530
CVB Location Code: N16
Officer Name (Print): M FINDLEY
Officer No.: H11

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2/2/15 4:50pm
Offense Charged: [X] CFR [ ] USC [X] State Code — 43 CFR 423.46(a) NRS 484B.606
Place of Offense: Nevada SR 172 0.7mm (Hoover Dam)
Offense Description: Speeding — 19mph over
Factual Basis for Charge: Speeding 18mph — 19mph over 43mph in 25mph

**DEFENDANT INFORMATION**
Last Name: RAHMAN  First Name: ASEZAM
Phone: (708) 798-8686
Street Address: 15725 KEDZIE
City: MARKHAM  State: IL  Zip Code: 60428
Driver's License No.: R55000079327  State: IL  D.L. CDL: [ ]
Social Security No.: 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
Date of Birth: 11-17-79
Sex: [X] Male  Hair: BRN  Eyes: BRN  Height: 5'11"  Weight: 190
[X] Adult  [ ] Juvenile

**VEHICLE** CMV [ ]
VIN: 3VWDP7AJ5FM22641 53
Tag No.: 534 AUU  State: NV  Year: 15  Make/Model: Volkswagen Jetta  Color: Blue

A [ ] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200.00 Forfeiture Amount
+ $25 Processing Fee
$ 225.00 Total Collateral Due

PAY THIS AMOUNT → $ 225.00

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)  Original - CVB Copy

4026530